E-FILED
Friday, 01 May, 2009 01:52:44 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| BETTY ENGLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 09-cv-1097 |
| | ) | |
| FMC CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

On March 18, 2009, Defendant filed a Notice of Removal alleging that this Court has diversity jurisdiction over Plaintiff's state law claim [Doc. 1].  Magistrate Judge Cudmore ordered Plaintiff to respond to the Notice and Plaintiff averred that she will not be seeking damages in excess of $75,000 [Doc. 5].  Defendant was granted an opportunity to respond but failed to do so.  On April 3, 2008, Judge Cudmore consequently issued a Report and Recommendation [Doc. 6] that the this matter be remanded back to State Court for lack of subject matter jurisdiction.

The parties have not filed any objections within the ten (10) working days allotted by 28 U.S.C. §636(b)(1).  Failure to timely object constitutes a waiver of any objections.  See Johnson v. Zema Sys. Corp., 170 F.3d 734, 739 (7th Cir. 1999); Video Views, Inc. v. Studio 21 Ltd., 797 F.2d 538 (7th Cir. 1986).  Accordingly, this Court ADOPTS the Report and Recommendation of the Magistrate Judge.

This matter is therefore REMANDED back to State Court. Each party shall bear its own attorneys fees and costs incurred herein.

Entered this <u>1st</u> day of May, 2009

                                                   s/ Joe B. McDade
                                                   JOE BILLY MCDADE
                                                 United States District Judge